■ BETTY R. SOKOLOF, Respondent, v. HERBERT SOKOLOF, Appellant.— Motion by appellant to stay enforcement of order adjudging him in contempt, pending appeal, granted on condition: (1) that appellant pay to respondent $40 per week beginning as of December 13, 1960; and (2) that appellant perfect the appeals and be ready to argue or submit them at the March Term, beginning February 27, 1961. The appeals are ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 10, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

## (January 19, 1961)

■ SARAH LEVINE et al., Respondents, v. MAX SIMON et al., Appellants, et al., Defendant.— Motion by respondents to dismiss appeal denied, on condition that the appeal be perfected, and that appellants be ready to argue or submit it at the March Term, beginning February 27, 1961; the appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 8, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ MARIE PATRAKES et al., Appellants, v. BEE LINE, INC., Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 10, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL CONFORTI, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, commencing March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Frank J. Puglisi, Esq., 110-18 Jamaica Avenue, Queens, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

## (January 23, 1961)

■ HOWARD BLACK, Appellant, et al., Plaintiff, v. JOHN HUTTMANN, Respondent.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied, with 10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld and Pette, JJ., concur; Brennan, J., not voting.

■ (A) CAROLINE H. DARLINGTON, Respondent, v. BASIL SWABY, Appellant. (B) BERNARD MINKOFF, Respondent, v. SIGMUND BRENNER et al., Appellants.— [In each action] Motion by defendants for leave to appeal to this court from an order of the Appellate Term, granted. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.